# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DARRYL SWINDLE, | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | Case No. 17-18575 |
| | ) | |
| v. | ) | |
| | ) | |
| EBONY LUCAS | ) | |

## NOTICE OF APPEAL

Ebony Lucas appeals under 28 U.S.C. § 158(a) from the *Order on Ms. Ebony Lucas' Motion for Reconsideration* (dkt. No. 57) entered on the 29th day of March 2018, and the court's order entered February 7, 2018 (dkt. No. 48) entered in the above captioned adversary proceeding by United States Bankruptcy Judge Jacqueline P. Cox and attached hereto as Exhibit A.

The names of all parties to the order appealed from and their attorneys are as follows:

Ebony Lucas     The Property Law Group, LLC
                     641 E. Pershing St., Ste. E
                     Chicago, IL 60653


Darryl Swindle    Rae Kaplan
                     Kaplan Law Firm
                     25 East Washington Street
                     Suite 1501
                     Chicago, IL 60602

                                                    RESPECTFULLY SUBMITTED,

                                                    By: *[signature: Ebony Ann Lucas]*
                                                    Attorney for Plaintiff

Ebony Lucas  
The Property Law Group, LLC  
Attorney No.: 6292082  
641 E. Pershing St. Ste. E  
Chicago, IL 60653  
Telephone: (773) 268-4940  
Fax: (312) 244-3288  
Email elucas@plgesq.com